IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -8 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01823-BNB

EDUARDO PANAMENO,

    Applicant,

v.

WARDEN BLAKE DAVIS,

    Respondent.

---

## ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 8, 2008, at Denver, Colorado.

                            BY THE COURT:

                            s/ Boyd N. Boland
                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01823-BNB

Eduardo Panameno
Reg. No. 18652-112
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

Hayley E. Reynolds
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/8/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk