IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01823-LTB-KLM

EDUARDO PANAMENO,

    Plaintiff,

v.

WARDEN BLAKE DAVIS,

    Defendant.

_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on March 27, 2009 (Doc 27). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted, the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is DENIED and this action is DISMISSED WITH PREJUDICE.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED: April 21, 2009